# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14-CR-00078-W-DW |
| v. ) | |
| ) | |
| JERMAINE L. GADSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation to deny Defendant Jermaine L. Gadson's (the "Defendant") Motion to Suppress Illegally Obtained Evidence. See Docs. 30, 43. The Defendant filed an Objection to the Report and Recommendation (Doc. 44), and the Government filed a response to the Objection (Doc. 45).

After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 43). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress Illegally Obtained Evidence (Doc. 30).

IT IS SO ORDERED.

Date: May 8, 2015         /s/ Dean Whipple
                          Dean Whipple
                          United States District Judge